UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

ROBERT EDWIN STONE,

    Plaintiff,

v.

                                        No. 6:22-CV-031-H-BU

STEPHEN C. MCCRAW,

    Defendant.

## ORDER

United States Magistrate Judge John R. Parker made Findings, Conclusions, and a Recommendation (FCR) regarding Stephen McCraw's Motion to Dismiss (Dkt. No. 37). *See* Dkt. No. 63. Judge Parker recommended that McCraw's Motion to Dismiss be denied as moot in light of Robert Stone's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dkt. No. 61). *Id.* at 1–2.

Where no specific objections are filed within 14 days after a party is served with a copy of the FCR, the Court must review the FCR only for plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). No objections were filed within the 14-day period.

The Court has examined the record and reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR (Dkt. No. 63). Stone's Notice of Voluntary Dismissal is approved (Dkt. No 61), McCraw's Motion to Dismiss is denied as moot (Dkt. No. 37), and the case is dismissed without prejudice.

So ordered on August ___3___, 2023.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE